# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

                 v.                 Crim. No. 5:17-CR-252-1H

**ANTONIO ALLEN**

On October 30, 2015, the above named was released from custody and commenced a term of supervised release for a period of 60 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Dwayne K. Benfield<br>Dwayne K. Benfield<br>Supervising U.S. Probation Officer | /s/ Dewayne L. Smith<br>Dewayne L. Smith<br>U.S. Probation Officer<br>201 South Evans Street, Room 214<br>Greenville, NC 27858-1121<br>Phone: 252-830-2338<br>Executed On: May 22, 2019 |

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this __23rd__ day of __May__, 2019.

                                                         Malcolm J. Howard  
                                                         Senior U.S. District Judge